MATILDA FITZPATRICK, Respondent, *v.* KNIGHTS OF
COLUMBUS, Appellant.

*Fitzpatrick* v. *Knights of Columbus*, 143 App. Div. 540, affirmed.
(Argued November 1, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered April 3, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
upon a contract of life insurance.

*William L. Gellert* and *James E. Carroll* for
appellant.

*Walter Farrington* and *George Card* for respondent.

Judgment affirmed, with costs, on opinion of WOOD-
WARD, J., below.

Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-
COCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.